No. 78–20. FITZGERALD v. INTERMOUNTAIN FARMERS ASSN. Sup. Ct. Utah. Certiorari denied.

No. 78–21. MANNING ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–23. MATTHIAS v. ENDRES. Sup. Ct. Fla. Certiorari denied.

No. 78–24. GREENFIELD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–26. SEARS, ROEBUCK & Co. v. ROBERTS; and
No. 78–29. ROBERTS v. SEARS, ROEBUCK & Co. C. A. 7th Cir. Certiorari denied. Reported below: 573 F. 2d 976.

No. 78–27. INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS & HELPERS, LOCAL No. 358, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 78–30. MANCH, SUPERINTENDENT OF SCHOOLS OF THE CITY OF BUFFALO, ET AL. v. ARTHUR ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–31. JOHNSON v. MEIGS, JUDGE. Sup. Ct. Ky. Certiorari denied.

No. 78–33. ALDENS, INC. v. RYAN, ADMINISTRATOR OF CONSUMER AFFAIRS OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 78–36. LUCOM v. REID, PROPERTY APPRAISER OF PALM BEACH COUNTY, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 78–37. TITUS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.